# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 15, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

150364(107)

HELEN YONO,
      Plaintiff-Appellee,

v

DEPARTMENT OF TRANSPORTATION,
      Defendant-Appellant.

_____/

SC: 150364
COA: 308968
Ct of Claims: 11-000117-MD

      On order of the Chief Justice, the motion of the League of Michigan Bicyclists for leave to file a brief amicus curiae is GRANTED. The amicus brief submitted on September 30, 2015, is accepted for filing.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 15, 2015

